UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **In re:** | Case No. 07-71810 |
| **CEP HOLDINGS, INC.,** | Chapter 11 |
| **Debtor.** | Judge Massey |
| **CEP HOLDINGS, INC.,** *et al.*, | Jointly Administered |
| **Plaintiffs,** | |
| v. | |
| **GARY SCHREIER,** | Adversary Proceeding |
| **Defendant.** | No. 07- 06428 |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that CEP Holdings, Inc. and Colon End Parenthesis Trust, LLC (collectively, the "Plaintiffs"), filed their *Motion to Commence Discovery Period and for Waiver of Requirement for Rule 26 Initial Disclosures in Adversary Proceeding* (the "Motion") in the above-referenced case on August 29, 2007.

**PLEASE TAKE FURTHER NOTICE** that Local Rule 7007-1(c) of the U.S. Bankruptcy Court for the Northern District of Georgia provides: "Any party opposing a motion shall file and serve the party's response, responsive memorandum, affidavits, and any other responsive material not later than ten days after service of the motion…Failure to file a response shall indicate no opposition to the motion." Therefore, if you do not file and serve a response to the Motion, the Court may enter an Order granting the Motion without any further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that if you file a response to the Motion or if the Court does not enter an order granting the Motion because no response was filed, the Court will hold a hearing on this Motion on **September 27, 2007** at **10 a.m.** in **Courtroom 1404**, Richard B. Russell Federal Building, 75 Spring Street, S.W., Atlanta, Georgia 30303.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you file a written response, you must attach a certificate stating when, how and on whom (including addresses)

ATL 16712993v1

you served the response. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: August 30, 2007.

                                      GREENBERG TRAURIG, LLP

                                      _____/s/_ John D. Elrod_____
James R. Sacca (Ga. Bar No. 621843)
John D. Elrod (Ga. Bar No. 246604)
3290 Northside Parkway, Suite 400
Atlanta, GA 30327
(678) 553-2100 Telephone
(678) 553-2269 Facsimile
*Counsel for the Debtors*

*ATL 16712993v1*