**IT IS ORDERED as set forth below:**

Date: October 01, 2007

_____
**James E. Massey
U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CEP HOLDINGS, INC.,** *et al.*, | ) | **Case No. 07-71810** |
| | ) | |
| Debtors. | ) | **Judge Massey** |
| | ) | |
| | ) | **Jointly Administered** |
| **CEP HOLDINGS, INC.,** *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | **Adversary Proceeding** |
| **GARY SCHREIER,** | ) | **No. 07-06428** |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER GRANTING MOTION TO COMMENCE DISCOVERY PERIOD
### AND FOR WAIVER OF REQUIREMENT FOR RULE 26 INITIAL
### <u>DISCLOSURES IN ADVERSARY PROCEEDING</u>

Debtors CEP Holdings, Inc. d/b/a www.colonendparenthesis.net, a/d/b/a Coastin88.com, a/d/b/a CEPCoast.com and Colon End Parenthesis Trust, LLC

*ATL 16720926v1 9/27/2007*

(collectively, the "Debtors") filed the above styled adversary proceeding on August 21, 2007. On August 29, 2007, Debtors filed their Motion to Commence Discovery Period and for Waiver of Requirement for Rule 26 Initial Disclosures in Adversary Proceedings [Docket No. 4] (the "Motion"). A hearing on the Motion was held on September 27, 2007.

The Court has considered the Motion, presentation of counsel and all other matters of record in these cases. After due deliberation, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. The Motion is GRANTED.

2. All parties to this adversary proceeding shall be permitted to immediately commence discovery in this Adversary Proceeding; and

3. The requirement for Rule 26 initial disclosures in this adversary proceeding is hereby dispensed at this time, but the Court reserves the right to require that those disclosures be made at a later time.

**END OF DOCUMENT**

This Order was prepared and presented by:

GREENBERG TRAURIG, LLP

  /s/ James R. Sacca
James R. Sacca, Georgia Bar No. 621843
John D. Elrod, Georgia Bar No. 246604
3290 Northside Parkway, N.W., Suite 400
Atlanta, Georgia 30327
(678) 553-2100
(678) 553-2269 Facsimile
saccaj@gtlaw.com
elrodj@gtlaw.com
Counsel for the Debtors

## **DISTRIBUTION LIST**

United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia  30303

James R. Sacca, Esq.
GREENBERG TRAURIG, LLP
3290 Northside Parkway
Suite 400
Atlanta, Georgia  30327

Gary Schreier
112 Pleasant Street
Chichester, NH 03258

*ATL 16720926v1 9/27/2007*