UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 07-71810 *et al.* |
| CEP HOLDINGS, INC., *et al.*, | : | |
| | : | Chapter 11 |
| Debtors, | : | |
| | : | Judge Massey |
| | : | |
| CEP HOLDINGS, INC., *et al.*, | : | Jointly Administered |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | Adversary Proceeding |
| GARY SCHREIER, | : | |
| SUSAN SCHREIER, | : | No. 07-06428-jem |
| SCHREIER FAMILY | : | |
| RETIREMENT ASSETS, LLC, | : | |
| | : | |
| Defendants. | : | |

**APPELLANTS' DESIGNATION OF CONTENTS FOR INCLUSION IN RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL**

Gary Schreier, Susan Schreier, and Schreier Family Retirement Assets, LLC, Defendants in the above-styled Adversary Proceeding and Appellants on appeal, file this Designation of Contents for Inclusion in Record on Appeal and Statement of Issues on Appeal, and show the court as follows:

I. **Designation of Contents for Inclusion in Record on Appeal.**

The following shall be included in the record on appeal:

1. Complaint to Avoid and Recover Transfers, filed with the Court August 21, 2007 [Adversary Proceeding Docket (hereinafter, "A.P. Doc.") No. 1];

2. Stipulation Extending Time to Respond to Complaint to Avoid and Recover Transfers, filed with the Court October 11, 2007 [A.P. Doc. No. 10];

3. Answer of Gary Schreier to Complaint to Avoid and Recover Transfers, filed with the Court October 11, 2007 [A.P. Doc. No. 11];

4. Pre-Trial Order, docketed April 1, 2008 [A.P. Doc. No. 33];

5. Findings of Fact and Conclusions of Law, docketed May 22, 2008 [A.P. Doc. No. 40];

6. Amended Complaint to Avoid and Recover Transfers, filed with the Court February 2, 2009 [A.P. Doc. No. 50];

7. Answer of Defendant to Amended Complaint to Avoid and Recover Transfers, filed with the Court March 4, 2009 [A.P. Doc. No. 53];

8. Pre-Trial Order Regarding the Trial of Claims, docketed August 12, 2009 [A.P. Doc. No. 56];

9. Transcript Regarding Trial August 20, 2009, identified on the Court's docket September 3, 2009 [A.P. Doc. No. 59];

10. Defendants' Proposed Findings of Fact and Conclusions of Law, filed with the Court September 4, 2009 [A.P. Doc. No. 60];

11. Findings of Fact and Conclusions of Law, docketed January 6, 2010 [A.P. Doc. No. 61];

12. Judgment, docketed January 6, 2010 [A.P. Doc. No. 62];

13. Notice of Appeal, filed with the Court January 14, 2010 [A.P. Doc. No. 65].

II. **Statement of Issues on Appeal.**

The issues on appeal herein are as follows:

1. Whether the bankruptcy court erred in entering the judgment dated January 6, 2010, including without limitation: whether the court erred in avoiding the transfers at issue pursuant to 11 U.S.C. § 548(a) and whether the court erred in failing to specify in the judgment the amount of joint and several liability of each defendant and the total amount to which plaintiff is entitled;

2. Whether the bankruptcy court erred in entering the findings of fact and conclusions of law dated January 6, 2010, including without limitation: whether the court erred in finding that no reasonable prudent person in defendants' position could have relied on the web site representations of the debtors when the court had previously

determined that debtors committed actionable fraud through the same web site representations, which necessarily included a finding (as an element of fraud) that victims reasonably relied on the very same representations; whether the court erred in determining that the testimony of defendants was not credible in light of other facts; whether the court erred in determining that the defendants acted in bad faith; and whether the court erred in determining that transfers made prior to October 31, 2006 were fraudulent without deciding that the debtors were insolvent prior to that date and without evidence of debtors' fraudulent intent.

Respectfully submitted, this 5th day of February, 2010.

/s/ John K. Rezac
William G. Leonard (Ga. Bar 446912)
John Rezac (Ga. Bar 601935)
Taylor English Duma LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339
Phone: (770) 434-6868
Fax: (770) 434-7376

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2009, I caused to be served a true and correct copy of the foregoing APPELLANT'S DESIGNATION OF CONTENTS FOR INCLUSION IN RECORD ON APPEAL, AND STATEMENT OF ISSUES ON APPEAL (i) on all Registered Users by service of a notice of electronic filing in accordance with the Electronic Case Filing Procedures, which will automatically send notice to the following:

> James R. Sacca, Esq.
> John D. Elrod, Esq.
> Greenberg Traurig, LLP
> 3290 Northside Parkway
> Suite 400
> Atlanta, Georgia 30327
> saccaj@gtlaw.com
> elrodj@gtlaw.com

>             /s/ John Rezac

> John Rezac (Ga. Bar 601935)
> Taylor English Duma LLP
> 1600 Parkwood Circle, Suite 400
> Atlanta, Georgia 30339